■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENNIE BATES, Appellant.—Judgment, Supreme Court, New York County, rendered on October 1, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which

could be raised on this appeal. Concur—Murphy, P. J., Markewich, Silverman, Lynch and Yesawich, JJ.